**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ASHLEY KASPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-02799 |
| | ) |
| ROBERT JACKSON JR., | ) |
| FEDERAL EXPRESS CORPORATION, | ) |
| a Delaware corporation, and | ) |
| FEDERAL EXPRESS CORPORATION | ) |
| d/b/a FEDEX EXPRESS, a Delaware Corporation | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

The Defendants, FEDERAL EXPRESS CORPORATION ("FedEx") (also named as "FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS") and ROBERT EARL JACKSON, JR., ("Jackson") hereby remove to this Court, under 28 U.S.C. § 1441 and 28 U.S.C. § 1446, the state action described below:

1. On April 14, 2022, the Plaintiff, ASHLEY KASPER ("Kasper") commenced an action in the Circuit Court of Cook County, Illinois, entitled *Ashley Kasper v. Robert Jackson Jr. Federal Express Corporation, a Delaware corporation, and Federal Express Corporation d/b/a FedEx Express, a Delaware Corporation*, Case Number 2022-L-003442. A copy of the Summons and Complaint is attached as Exhibit **A**.

2. Jackson was served with a Summons and a copy of the Complaint on April 28, 2022. A copy of the Proof of Service is attached as Exhibit **B**. Summons was issued to FedEx on or after May 11, 2022. See Exhibit **C**.

3. Fewer than thirty days have elapsed since either defendant received any copy of Plaintiff's Complaint.

4. This Court has original jurisdiction of this action under 28 U.S.C. § 1332 because this is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of costs and interests; as such, this action may be removed to this Court by FedEx pursuant to 28 U.S.C. §1441.

   i. Federal Express Corporation is a Delaware corporation with its principal place of business in Tennessee.

   ii. Defendant Robert Earl Jackson Jr. is and was at all relevant times a resident and citizen of Indiana. See Proof of Service, Exhibit **B**.

   iii. Kasper is not a citizen of either Indiana, Delaware, or Tennessee; and was at all relevant times a citizen of Illinois.

   iii. Kasper claims damages of a personal and pecuniary nature and seeks a judgment against defendants in "excess of $50,000.00". See Supreme Court Rule 222(b) Affidavit attached to the Complaint attached as Exhibit **A**.

5. Both defendants consent to and jointly file this Notice of Removal.

WHEREFORE, Defendants, FEDERAL EXPRESS CORPORATION and ROBERT EARL JACKSON, JR., pray that this action be removed from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

    FEDERAL EXPRESS CORPORATION
    AND ROBERT EARL JACKSON, JR.

    By one of their Attorneys

    KMA ZUCKERT LLC
    *Patrick J. Keating*
    Patrick J. Keating

Patrick J. Keating (ARDC: 6211380)
Deborah L. Moldover (ARDC: 6317987)
KMA ZUCKERT LLC

200 W. Madison Street, 16th Floor
Chicago, Illinois 60606
T: (312) 345-3000
F: (312) 345-3119
pkeating@kmazuckert.com
dmoldover@kmazuckert.com