# EXHIBIT A

All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 6/14/2022 9:45 AM

41286

FILED
4/14/2022 2:21 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003442

17505238

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (12/01/20) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

ASHLEY KASPER,

_____
Plaintiff(s)

v.

FEDERAL EXPRESS CORPORATION, a l. Delaware corporation, et a

_____
Defendant(s)

ROBERT EARL JACKSON, JR., 228 Belden Place, Munster, Indiana 46321

_____
Address of Defendant(s)

Case No. 2022L003442

2022 APR 26 AM 9:43
RC-LC SHERIFF CIVIL EC

Please serve as follows (check one): ☐ Certified Mail ☒ Sheriff Service ☐ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3


2022 APR 25 PM 12:40
RC-LC SHERIFF CIVIL CP

FILED DATE: 4/14/2022 2:21 PM 2022L003442

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE:** Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE** for information regarding **COURT DATES** by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the **appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

---

• Atty. No.: 41535
  Pro Se 99500

Name: John K. Vrdolyak

Atty. for (if applicable): Plaintiff

Address: 100 N. Riverside Plaza, Suite 2400

City: Chicago

State: IL    Zip: 60606

Telephone: 312-482-8200

Primary Email: jvrdolyak@vrdolyak.com

Witness date _____ 4/14/2022 2:21 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

FILED DATE: 4/14/2022 2:21 PM   2022L003442

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
   OR
   ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

### ALL SUBURBAN CASE TYPES
#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 6/14/2022 9:45 AM

15323:JKV:kls

FILED
4/14/2022 2:21 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003442

17505238

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ASHLEY KASPER, ) | |
| ) | |
| Plaintiff, ) | No. |
| ) | |
| v. ) | Amount: In Excess of THIRTY |
| ) | THOUSAND ($30,000.00) DOLLARS |
| ROBERT JACKSON JR. FEDERAL ) | Plus Cost of Suit |
| EXPRESS CORPORATION, a Delaware ) | |
| corporation, and FEDERAL EXPRESS ) | Return Date: |
| CORPORATION d/b/a FEDEX EXPRESS, ) | |
| a Delaware corporation, ) | |
| Defendants. | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, ASHLEY KASPER, by and through her attorneys, THE VRDOLYAK LAW GROUP, LLC, and complaining of the Defendants, ROBERT JACKSON JR. FEDERAL EXPRESS CORPORATION, a Delaware corporation, and FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS (hereinafter "FEDEX EXPRESS"), a Delaware corporation, states as follows:

### VENUE

1. This Court has jurisdiction over Defendants, FEDERAL EXPRESS CORPORATION and FEDEX EXPRESS, under Section 5/2-209(a)(1) and Section 5/2-209(a)(2) of the Illinois Code of Civil Procedure as Defendants have transacted business and committed tortious acts within the State of Illinois.

2. That on and before July 14, 2020, at all times relevant, the Defendants, FEDERAL EXPRESS CORPORATION and FEDEX EXPRESS were Delaware corporations authorized and doing business in the State of Illinois.

3. Venue is proper under Section 5/2-101(1) and Section 5/2-102 of the Illinois Code

of Civil Procedure as Defendants are residents of Cook County because they are authorized to conduct business in Cook County and do conduct business in Cook County.

## COUNT I – ASHLEY KASPER v. ROBERT JACKSON JR.
### (Negligence)

1. That on or about July 14, 2020, and at all relevant times herein, the Defendant, ROBERT JACKSON JR., operated, maintained, controlled, and/or drove a motor vehicle, traveling in a generally westbound direction on Interstate 80, at or near milepost 145, Frankfort Township, Will County, Illinois.

2. That at the aforesaid time, and at all relevant times herein the Plaintiff, ASHLEY KASPER, was the driver of a motor vehicle, traveling in a generally westbound direction on Interstate 80, at or near milepost 145, Frankfort Township, Will County, Illinois.

3. That at the aforesaid time and place, and at all relevant times herein, the Defendant, ROBERT JACKSON JR., did then and there drive said motor vehicle into a violent rear end collision with the motor vehicle in which Plaintiff was the driver.

4. That at all relevant times herein, the Plaintiff was in the exercise of all due care and caution for her own safety and the safety of others, that care being commensurate with her age, intellect, and mental capacity and with the physical circumstances existent at such time and place.

5. At the aforesaid time and place and at all relevant times herein, the Defendant, ROBERT JACKSON JR., owed a duty to the Plaintiff, and to the public generally, to exercise due and proper care and caution in the operation of said motor vehicle and to exercise ordinary care so as to not negligently cause injury to those persons lawfully on the roadway to include Plaintiff herein, ASHLEY KASPER.

6. That at the aforesaid time and place and all relevant times herein, the Defendant breached the aforesaid duty to the Plaintiff through one or more of the following negligent and

FILED DATE: 4/14/2022 2:21 PM 2022L003442

careless acts and/or omissions:

    a. owned, operated, maintained, controlled, and drove said motor vehicle into collision with another vehicle;

    b. failed to keep said motor vehicle under proper and sufficient control;

    c. operated, maintained, controlled, and drove said motor vehicle so that as a direct and proximate result thereof, Claimant was injured;

    d. operated, maintained, controlled, and drove said motor vehicle without keeping a proper and sufficient look-out;

    e. improper lane usage, in violation of 625 ILCS 5/11-709;

    f. failed to keep said motor vehicle a reasonable and prudent distance from other vehicles, without due regard for the speed of such vehicles and the traffic conditions, in violation of 625 ILCS 5/11-710;

    g. failed to decrease speed when approaching an intersection so as to avoid colliding with another vehicle, in violation of 625 ILCS 5/11-601; and

    h. failed to give an audible warning with horn when such warning was reasonably necessary to ensure safety, in violation of 625 ILCS 5/12-601.

7. As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, ROBERT JACKSON JR., the Plaintiff, ASHLEY KASPER, suffered injuries and damages of a personal, pecuniary, and permanent nature.

WHEREFORE, the Plaintiff, ASHLEY KASPER, demands judgment against the Defendant, ROBERT JACKSON JR. for a sum in excess of THIRTY THOUSAND ($30,000.00) DOLLARS, plus costs of this suit.

### COUNT II – ASHLEY KASPER v. FEDERAL EXPRESS CORPORATION
### (Agency)

1. That on and before July 14, 2020, the Defendant FEDERAL EXPRESS CORPORATION, was a Delaware corporation authorized and doing business in the State of Illinois.

2. That on or about July 14, 2020, and at all relevant times herein, the Defendant,

ROBERT JACKSON JR., an authorized and/or ostensible agent and/or employee of Defendant, FEDERAL EXPRESS CORPORATION, operated, maintained, controlled, and/or drove a motor vehicle, traveling in a generally westbound direction on Interstate 80, at or near milepost 145, Frankfort Township, Will County, Illinois.

3. That at aforesaid time and place, and at all relevant times herein, the Defendant FEDERAL EXPRESS CORPORATION, owned and maintained said motor vehicle, which was then and there operated, controlled and driven by said authorized and/or ostensible agent and/or employee, Defendant, ROBERT JACKSON JR..

4. That at aforesaid time and place, and at all relevant times herein, Defendant ROBERT JACKSON JR., operated, controlled, and drove said motor vehicle with the knowledge, consent and/or implied permission of Defendant FEDERAL EXPRESS CORPORATION.

5. That at the aforesaid time and place, and at all relevant times herein, the Defendant FEDERAL EXPRESS CORPORATION, had a right of control over said authorized and/or ostensible agent and/or employee, Defendant ROBERT JACKSON JR., in the operation of the aforesaid motor vehicle.

6. That at the aforesaid time and place, and at all relevant times herein, said authorized and/or ostensible agent Defendant ROBERT JACKSON JR. was conducting himself in such a manner as to cause members of the general public, including Plaintiff ASHLEY KASPER, to believe that he was an authorized and/or ostensible agent and/or employee of Defendant FEDERAL EXPRESS CORPORATION.

7. That at the aforesaid time, and at all relevant times herein the Plaintiff, ASHLEY KASPER, was the driver of a motor vehicle, traveling in a generally westbound direction on Interstate 80, at or near milepost 145, Frankfort Township, Will County, Illinois.

FILED DATE: 4/14/2022 2:21 PM 2022L003442

8. That at the aforesaid time and place, and at all relevant times herein, the Defendant, FEDERAL EXPRESS CORPORATION, as owner and principal through its agent, Defendant ROBERT JACKSON JR., did then and there drive said motor vehicle into a violent rear end collision with the motor vehicle in which Plaintiff was the driver.

9. That at all relevant times herein, the Plaintiff was in the exercise of all due care and caution for her own safety and the safety of others, that care being commensurate with her age, intellect, and mental capacity and with the physical circumstances existent at such time and place.

10. At the aforesaid time and place and at all relevant times herein, the Defendant, FEDERAL EXPRESS CORPORATION, as owner and principal through its agent, Defendant ROBERT JACKSON JR., owed a duty to the Plaintiff, and to the public generally, to exercise due and proper care and caution in the operation of said motor vehicle and to exercise ordinary care so as to not negligently cause injury to those persons lawfully on the roadway to include Plaintiff herein, ASHLEY KASPER.

11. That at the aforesaid time and place and all relevant times herein, the Defendant, FEDERAL EXPRESS CORPORATION, as owner and principal through its agent, Defendant ROBERT JACKSON JR. breached the aforesaid duty to the Plaintiff through one or more of the following negligent and careless acts and/or omissions:

    a. owned, operated, maintained, controlled, and drove said motor vehicle into collision with another vehicle;

    b. failed to keep said motor vehicle under proper and sufficient control;

    c. operated, maintained, controlled, and drove said motor vehicle so that as a direct and proximate result thereof, Claimant was injured;

    d. operated, maintained, controlled, and drove said motor vehicle without keeping a proper and sufficient look-out;

    e. improper lane usage, in violation of 625 ILCS 5/11-709;

  f. failed to keep said motor vehicle a reasonable and prudent distance from other vehicles, without due regard for the speed of such vehicles and the traffic conditions, in violation of 625 ILCS 5/11-710;

  g. failed to decrease speed when approaching an intersection so as to avoid colliding with another vehicle, in violation of 625 ILCS 5/11-601; and

  h. failed to give an audible warning with horn when such warning was reasonably necessary to ensure safety, in violation of 625 ILCS 5/12-601.

12. As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, FEDERAL EXPRESS CORPORATION, the Plaintiff, ASHLEY KASPER, suffered injuries and damages of a personal, pecuniary, and permanent nature.

WHEREFORE, the Plaintiff, ASHLEY KASPER, demands judgment against the Defendant, FEDERAL EXPRESS CORPORATION, for a sum in excess of THIRTY THOUSAND ($30,000.00) DOLLARS, plus costs of this suit.

### COUNT III – ASHLEY KASPER v. FEDEX EXPRESS
### (Agency)

1. That on and before July 14, 2020, the Defendant, FEDEX EXPRESS, was a Delaware corporation authorized and doing business in the State of Illinois.

2. That on or about July 14, 2020, and at all relevant times herein, the Defendant, ROBERT JACKSON JR., an authorized and/or ostensible agent and/or employee of Defendant, FEDEX EXPRESS, operated, maintained, controlled, and/or drove a motor vehicle, traveling in a generally westbound direction on Interstate 80, at or near milepost 145, Frankfort Township, Will County, Illinois.

3. That at aforesaid time and place, and at all relevant times herein, the Defendant FEDEX EXPRESS, owned and maintained said motor vehicle, which was then and there operated, controlled and driven by said authorized and/or ostensible agent and/or employee, Defendant,

ROBERT JACKSON JR..

4. That at aforesaid time and place, and at all relevant times herein, Defendant ROBERT JACKSON JR., operated, controlled, and drove said motor vehicle with the knowledge, consent and/or implied permission of Defendant, FEDEX EXPRESS.

5. That at the aforesaid time and place, and at all relevant times herein, the Defendant FEDEX EXPRESS, had a right of control over said authorized and/or ostensible agent and/or employee, Defendant ROBERT JACKSON JR., in the operation of the aforesaid motor vehicle.

6. That at the aforesaid time and place, and at all relevant times herein, said authorized and/or ostensible agent Defendant ROBERT JACKSON JR. was conducting himself in such a manner as to cause members of the general public, including Plaintiff ASHLEY KASPER, to believe that he was an authorized and/or ostensible agent and/or employee of Defendant, FEDEX EXPRESS.

7. That at the aforesaid time, and at all relevant times herein the Plaintiff, ASHLEY KASPER, was the driver of a motor vehicle, traveling in a generally westbound direction on Interstate 80, at or near milepost 145, Frankfort Township, Will County, Illinois.

8. That at the aforesaid time and place, and at all relevant times herein, the Defendant, FEDEX EXPRESS, as owner and principal through its agent, Defendant ROBERT JACKSON JR., did then and there drive said motor vehicle into a violent rear end collision with the motor vehicle in which Plaintiff was the driver.

9. That at all relevant times herein, the Plaintiff was in the exercise of all due care and caution for her own safety and the safety of others, that care being commensurate with her age, intellect, and mental capacity and with the physical circumstances existent at such time and place.

10. At the aforesaid time and place and at all relevant times herein, the Defendant,

FEDEX EXPRESS, as owner and principal through its agent, Defendant ROBERT JACKSON JR., owed a duty to the Plaintiff, and to the public generally, to exercise due and proper care and caution in the operation of said motor vehicle and to exercise ordinary care so as to not negligently cause injury to those persons lawfully on the roadway to include Plaintiff herein, ASHLEY KASPER.

11. That at the aforesaid time and place and all relevant times herein, the Defendant, FEDEX EXPRESS, as owner and principal through its agent, Defendant ROBERT JACKSON JR. breached the aforesaid duty to the Plaintiff through one or more of the following negligent and careless acts and/or omissions:

   a. owned, operated, maintained, controlled, and drove said motor vehicle into collision with another vehicle;

   b. failed to keep said motor vehicle under proper and sufficient control;

   c. operated, maintained, controlled, and drove said motor vehicle so that as a direct and proximate result thereof, Claimant was injured;

   d. operated, maintained, controlled, and drove said motor vehicle without keeping a proper and sufficient look-out;

   e. improper lane usage, in violation of 625 ILCS 5/11-709;

   f. failed to keep said motor vehicle a reasonable and prudent distance from other vehicles, without due regard for the speed of such vehicles and the traffic conditions, in violation of 625 ILCS 5/11-710;

   g. failed to decrease speed when approaching an intersection so as to avoid colliding with another vehicle, in violation of 625 ILCS 5/11-601; and

   h. failed to give an audible warning with horn when such warning was reasonably necessary to ensure safety, in violation of 625 ILCS 5/12-601.

12. As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, FEDEX EXPRESS, the Plaintiff, ASHLEY KASPER, suffered injuries and damages of a personal, pecuniary, and permanent nature.

FILED DATE: 4/14/2022 2:21 PM   2022L003442

WHEREFORE, the Plaintiff, ASHLEY KASPER, demands judgment against the Defendant, FEDEX EXPRESS, for a sum in excess of THIRTY THOUSAND ($30,000.00) DOLLARS, plus costs of this suit.

_____
Attorney for Plaintiff

**THE VRDOLYAK LAW GROUP, LLC., Attorney No. 41535**
**By: John Vrdolyak**
Attorney for Plaintiff
100 N. Riverside Plaza, suite 2400
Chicago, IL 60606
(312)482-8200
jvrdolyak@vrdolyak.com
vrivera@vrdolyak.com

15323:JKV:kls

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ASHLEY KASPER, | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | Amount: In Excess of THIRTY |
| | ) | THOUSAND ($30,000.00) DOLLARS |
| ROBERT JACKSON JR. FEDERAL | ) | Plus Cost of Suit |
| EXPRESS CORPORATION, a Delaware | ) | |
| corporation, and FEDERAL EXPRESS | ) | Return Date: |
| CORPORATION d/b/a FEDEX EXPRESS, | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT PURSUANT TO RULE 222(b)

I, John Vrdolyak, attorney for Plaintiff ASHLEY KASPER, state that the damages sought in this matter exceed Fifty Thousand ($50,000.00) Dollars.

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that I verily believe the same to be true.

_____
Attorney for Plaintiff

**THE VRDOLYAK LAW GROUP, LLC.,** Attorney No. 41535
**By: John Vrdolyak**
Attorney for Plaintiff
100 N. Riverside Plaza, suite 2400
Chicago, IL 60606
(312)482-8200
jvrdolyak@vrdolyak.com
vrivera@vrdolyak.com

FILED DATE: 4/14/2022 2:21 PM 2022L003442

All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs, go to http://www.cookcountycourt.org/HOME/ZoomLinks/AggCode_SelectTab/12
Remote Court date: 6/14/2022 9:45 AM

Civil Action Cover Sheet - Case Initiation (12/01/20) CCL 0520

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ASHLEY KASPER,

v.

ROBERT JACKSON, JR., FEDERAL EXPRESS, et al.

FILED
4/14/2022 2:21 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L003442

17505238

No. 2022L003442

FILED DATE: 4/14/2022 2:21 PM  2022L003442

## CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.
Jury Demand ☐ Yes ☒ No

(FILE STAMP)

### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
- ☒ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
   (including Structural Work Act, Road
   Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
   (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

By: John K. Vrdolyak
    (Attorney)        (Pro Se)

### COMMERCIAL LITIGATION
CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
   (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
   (Please specify below.**)
- ☐ 075 Other Commercial Litigation
   (Please specify below.**)
- ☐ 076 Retaliatory Discharge

### OTHER ACTIONS
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

**

Primary Email: jvdolyak@vrdolyak.com

Secondary Email: vrivera@vrdolyak.com

Tertiary Email: _____

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Page 1 of 1